United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Samantha L. Pompey  
      Debtor

Case No. 15-13103-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Oct 14, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.  
db          +Samantha L. Pompey,    318 East Price Street,    Philadelphia, PA 19144-5720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:  
         ANDREW F GORNALL     on behalf of Creditor    LSF9 Master Participation Trust  
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF9 Master Participation Trust  
          ecfmail@mwc-law.com  
         DAVID M. OFFEN    on behalf of Debtor Samantha L. Pompey dmo160west@gmail.com,  
          davidoffenecf@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LSF9 Master Participation Trust  
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER     ecfemails@ph13trustee.com,   philaecf@gmail.com  
         WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
                                                                                            TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Samantha L. Pompey | : | |
| | : | |
| Debtor | : | Bankruptcy No. 15-13103 JKF |

### ORDER

And Now, this 13th day of October, 2016, upon consideration of the Motion to Approve Loan modification, and any responses thereto, and a hearing held thereon, it is hereby

ORDERED, that the Motion is approved, and debtor is authorized to enter into the loan modification agreement, provided that debtor files, within fourteen days of the date this Order is entered, appropriate documents reflecting the modification, including without limitation, amended Schedules I and J, and a motion to modify the confirmed Chapter 13 plan, with a proposed modified plan attached as an exhibit. Debtor must also ensure that the mortgagee files an amended proof of claim reflecting the change in arrearage, if any, as a result of the loan modification.

BY THE COURT

HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE