**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

Chapter 13

Bankruptcy No. 15-13103-JKF

SAMANTHA L. POMPEY

318 EAST PRICE STREET

PHILADELPHIA, PA 19144-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAMANTHA L. POMPEY

    318 EAST PRICE STREET

    PHILADELPHIA, PA 19144-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

Date: 12/28/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee