# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-13103-ELF

SAMANTHA L. POMPEY

318 EAST PRICE STREET

PHILADELPHIA, PA 19144-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAMANTHA L. POMPEY

    318 EAST PRICE STREET

    PHILADELPHIA, PA 19144-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                /S/ William C. Miller

Date: 11/17/2017                            _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee