United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-13103-elf
Samantha L. Pompey                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Dec 11, 2017
                             Form ID: trc             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
13623377        +LSF9 Master Participation Trust,    PO Box 24330,    Oklahoma City, OK 73124-0330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   LSF9 Master Participation Trust
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor   LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          DAVID M. OFFEN    on behalf of Debtor Samantha L. Pompey dmo160west@gmail.com,
           davidoffenecf@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   LSF9 Master Participation Trust
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-13103-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Samantha L. Pompey
318 East Price Street
Philadelphia PA 19144

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case
by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 12/08/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: LSF9 Master Participation Trust, PO Box 24330, Oklahoma City, OK 73124

Name and Address of Transferee:

Citibank, N.A., as trustee for CMLTI Asset Trust
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/13/17

Tim McGrath
**CLERK OF THE COURT**