United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-13103-elf
Samantha L. Pompey                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP           Page 1 of 2          Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW       Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db          +Samantha L. Pompey,    318 East Price Street,    Philadelphia, PA 19144-5720
cr          +Citibank, N.A., as trustee for CMLTI Asset Trust,    c/o Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13521298    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13521297    +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
13521301    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14025906    +Citibank, N.A., as trustee for CMLTI Asset Trust,    Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13521302    +Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
13521303    +KML Law Group - Victoria Chen, Esq,    Suite 5000 - Mellon Independence Ctr.,
              701 Market Street,    Philadelphia, PA 19106-1538
13623377    +LSF9 Master Participation Trust,    PO Box 24330,    Oklahoma City, OK 73124-0330
13521304     Santander Bank Na,    Po Box 841002-Ma1-Mb3-01,    Boston, MA 02884
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:57     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13578421     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2018 02:52:51
              American InfoSource LP as agent for,    Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
13622308     E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:57     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13620808    +E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:56
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13529837     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:09
              Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
              Harrisburg PA  17128-0946
13521305    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2018 02:38:28
              Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13521307    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2018 02:38:28
              Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
                                                                                              TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13521299*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13521300*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13521306*      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2            Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW          Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    LSF9 Master Participation Trust
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Samantha L. Pompey dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Samantha L. Pompey
        Debtor(s)

Bankruptcy No: 15−13103−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18